# United States Bankruptcy Court
## __Northern__ District of __Illinois__

In re: __Wilma Janae Peeples__          Case No. ___10 B 04477___
      Debtor(s)

**ORDER ON DEBTOR'S APPLICATION FOR WAIVER OF THE CHAPTER 7 FILING FEE**

Upon consideration of the debtor's "Application for Waiver of the Chapter 7 Filing Fee," the court orders that the application be:

[ ] GRANTED.

    This order is subject to being vacated at a later time if developments in the administration of the bankruptcy case demonstrate that the waiver was unwarranted.

[✓] DENIED.

    The debtor shall pay the chapter 7 filing fee according to the following terms:

    $ __74.75__ on or before __February 26,__ 2010

    $ __74.75__ on or before __March 26,__ 2010

    $ __74.75__ on or before __April 23,__ 2010

    $ __74.75__ on or before __May 28,__ 2010

    Until the filing fee is paid in full, the debtor shall not make any additional payment or transfer any additional property to an attorney or any other person for services in connection with this case.

    IF THE DEBTOR FAILS TO TIMELY PAY THE FILING FEE IN FULL OR TO TIMELY MAKE INSTALLMENT PAYMENTS, THE COURT MAY DISMISS THE DEBTOR'S CASE.

[ ] SCHEDULED FOR HEARING.

    A hearing to consider the debtor's "Application for Waiver of the Chapter 7 Filing Fee" shall be held on _____ at _____ AM/PM at _____.
                                                            (address of courthouse)

    IF THE DEBTOR FAILS TO APPEAR AT THE SCHEDULED HEARING, THE COURT MAY DEEM SUCH FAILURE TO BE THE DEBTOR'S CONSENT TO THE ENTRY OF AN ORDER DENYING THE FEE WAIVER APPLICATION BY DEFAULT.

DATE: __2-8-10__

BY THE COURT:
_Susan Pierson Sonderby_
United States Bankruptcy Judge

## CERTIFICATE OF SERVICE

Case Number:    10-4477
Case Name:      Wilma Janae Peeples debtor (s)

I, Karen Jacobs, Courtroom Deputy, do hereby certify that on this 8th day of February, 2010  I caused to be served via first class mail a true and correct copy of:

order on debtor's application for waiver of chapter 7 filing fee dated: February 8, 2010

addressed to each of the following named individuals:

Wilma Janae Peeples
2550 N. Hamlin Ave., Apt. #1
Chicago, IL 60647


_____
Karen Jacobs
Courtroom Deputy